UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MIGUEL ANGEL TELLO-CURIEL,<br><br>           Defendant. | No. CR-03-2227-1-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Before the Court is the Government's Motion for Order of Dismissal without Prejudice (Ct. Rec. 11). Leave of Court is given to dismiss the Second Superseding Indictment (Ct. Rec. 9); however, the Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1.   Government's Motion for Order of Dismissal without Prejudice **(Ct. Rec. 11)** is **GRANTED**.

    2.   The Second Superseding Indictment **(Ct. Rec. 9)**, as well as all prior indictments (Ct. Recs. 1 & 7), shall be **DISMISSED WITHOUT PREJUDICE**.

    3.   All pending motions are **DENIED AS MOOT**.

///
///

ORDER - 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed
2  to enter this Order and furnish copies to counsel, the United States
3  Probation Office, and the U.S. Marshal's Office.
4      DATED this   30th     day of July 2007.
5
6                          s/ Edward F. Shea
                           EDWARD F. SHEA
7                    United States District Judge
8
Q:\Criminal\2003\2227.48.dismissal.frm
9

ORDER - 2